```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
    Asset Forfeiture Section
 7     United States Courthouse
       312 North Spring Street, 14th Floor
 8     Los Angeles, California 90012
       Telephone:  (213) 894-2727                  JS-6
 9     Facsimile:  (213) 894-7177
       E-mail: Michele.Marchand@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CV 10-1034-ODW(DTBx) |
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $36,990.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

    Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on February 11, 2010.  Notice was given and published in accordance with law.  For the purpose of this Consent Judgment of Forfeiture, plaintiff waives the requirement that Marco Noriega Gutierrez ("Gutierrez") file a claim.  No claims or answers have been filed, and

the time for filing claims and answers has expired.

Plaintiff and Gutierrez have reached an agreement that is dispositive of this action. Plaintiff and Gutierrez hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $36,990.00 in U.S. currency are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant $35,490.00 in bank funds and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited bank funds. The United States Marshals Service is ordered to dispose of said asset in accordance with law.

4. The remaining $1,500.00 of the defendant currency and all interest earned thereon shall be returned to Gutierrez in care of his attorney, Gustavo M. Rios, Esq. Said funds shall be transferred electronically to "Marco Noriega Gutierrez in care of Gustavo M. Rios Client Trust Account."

5. Gutierrez hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the United States Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Gutierrez,

1 whether pursuant to 28 U.S.C. § 2465 or otherwise.

2     6. The Court finds there was reasonable cause for the seizure
3 of the defendant currency and institution of these proceedings. This
4 judgment shall be construed as a certificate of reasonable cause
5 pursuant to 28 U.S.C. § 2465.

6 DATED: April 26 ,2010

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: April ___, 2010    ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: April ___, 2010    LAW OFFICE OF GUSTAVO M. RIOS

_____
GUSTAVO M. RIOS

Attorney for Marco Noriega Gutierrez

3